JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSIE SIMPSON III, <br>     Petitioner, <br>   v. <br> JOHN MARSHALL, <br>     Respondent. | No. CV 09-1825-MMM (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 30, 2012

                                  MARGARET M. MORROW
                                  United States District Judge